JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEKESHIA CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, KELLY RACKLIN and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01284-DOC-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR FINAL AND BINDING ARBITRATION AND FOR STAY OF ACTION** |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4836-2244-0906.1 068901.1171

Upon consideration of the Parties' Joint Stipulation For Final and Binding Arbitration and For Stay of Action, and GOOD CAUSE APPEARING THEREFOR,

The Court HEREBY ORDERS the following:

(1) The Parties shall submit this Lawsuit in its entirety to final and binding arbitration pursuant to the arbitration agreement between the parties;

(2) The arbitrator may order additional written discovery upon a showing of good cause; and

(3) The Lawsuit is stayed in its entirety pending completion of the Parties' final and binding arbitration.

**IT IS SO ORDERED.**

Dated: September 11, 2020

*David O. Carter*
HON. DAVID O. CARTER

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4836-2244-0906.1 068901.1171

2.